UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **CLEVELAND HOUSING RENEWAL PROJECT, INC., et al.,** | ) ) ) | CASE NO. 1:08-CV-03003 |
| Plaintiffs, | ) ) | (Judge Christopher A. Boyko) |
| vs. | ) ) ) | **STIPULATED NOTICE AND ORDER OF PARTIAL DISMISSAL, WITH PREJUDICE** |
| **DEUTSCHE BANK TRUST COMPANY, AS TRUSTEE, et al.,** | ) ) ) | |
| Defendants. | ) | |

WHEREAS, this matter is before the Court on the agreement of Plaintiff Cleveland Housing Renewal Project, Inc. ("CHRP") and Defendants **Bank of America N.A.**, (as successor to **BAC Home Loans Servicing, LP**) and **Countrywide Home Loans, Inc.**[1] collectively referenced hereafter as **"the BANA Defendants"** and the Court being advised that said parties have entered into a separate settlement agreement; upon agreement of the parties and for good cause shown,

IT IS HEREBY ORDERED that all claims asserted by CHRP against The BANA Defendants are hereby dismissed, with prejudice, each party to bear its own costs and attorneys' fees. The undersigned stipulate to the dismissal of Plaintiff's Complaint as to all claims against The BANA Defendants with prejudice, without costs and fees, and waiving all rights of appeal.

IT IS SO ORDERED.

_____
Judge Christopher A. Boyko

---

[1] As stated in Plaintiffs' Second Amended Verified Complaint, **Countrywide Home Loans Inc.**, was "… incorrectly named in the Amended Complaint (as the result of errors on past title transfer documents) – the correct party name was **Countrywide Home Loans Servicer, LP**. **Countrywide Home Loans Servicing, LP** changed its name to **BAC Home Loans Servicing, LP** which was then merged into **Bank of America, N.A**." ("**The BANA Defendants**") Ref:  SAVC p 3).

**STIPULATED AND AGREED TO BY:**

/s/ *James S. Wertheim*
James S. Wertheim
*Counsel for The Chase Defendants:*
*JP Morgan Chase Co. and*
*Chase Home Finance, LLC*
McGlinchey Stafford - Cleveland
Ste. 406
25550 Chagrin Blvd.
Cleveland, OH 44122
216-378-9915
Fax: 216-378-9910
Email: jwertheim@mcglinchey.com


/s/ *Thomas C. Wagner*
Thomas C. Wagner (0003301)
*Counsel for Plaintiff Cleveland Housing*
*Renewal Project, Inc.*
THOMAS C. WAGNER, LLC
1422 Euclid Avenue, Suite 1610
Cleveland, OH 44115
Phone: (216) 781- 4000
Fax:    (216) 781-5666
Email: wagnert@tcwlawyers.com


**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/S/ THOMAS C. WAGNER